

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2017

No. 04-16-00016-CV

Matias S. **RUIZ**,
Appellant

v.

Susan Elizabeth **RUIZ**,
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 15-04-00198-CVW
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

Sitting:        Patricia O. Alvarez, Justice
                   Luz Elena D. Chapa, Justice
                   Irene Rios, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of February, 2017.

_____
Keith E. Hottle
Clerk of Court